THE BROOME COUNTY FARMERS' FIRE RELIEF ASSOCIATION and FRANKLIN L. GOODENOUGH, Respondents, v. NEW YORK STATE ELECTRIC AND GAS CORPORATION, Appellant.— Motion to allow appeal to the Court of Appeals granted. The court certifies that a question of law has arisen which in its opinion ought to be reviewed by the Court of Appeals and hereby certifies the following question: Is the plaintiff entitled as matter of right to an order suppressing the deposition? Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ. [See 239 App. Div. 304.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARCUS G. BASSETT, Appellant, v. THOMAS H. MURPHY, as Warden of Clinton Prison, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

CAROLINE L. YANNEY and Another, Respondents, v. JOHN H. PEMBER and Others, as Executors of ELLEN J. L. W. PEMBER, Deceased, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

ELSIE GOULD, Respondent, v. FRANK ELLIS, as Sheriff of the County of Tompkins, New York, Appellant, Impleaded with ALLAN GOULD, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

MARGARET E. WHITE, as Executrix, etc., of JOSEPHINE COWLES, Deceased, Appellant, v. E. C. McKALLOR DRUG COMPANY, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Hill, P. J., McNamee, Crapser and Bliss, JJ., concur; Rhodes, J., dissents.

ELLEN RUBIN, Appellant, v. MELVIN OSBORN and Another, Copartners Trading under the Firm Name of OSBORN & SON, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THOMAS C. LUTHER, Appellant, v. WILLIAM McDERMOTT and Others, as Assessors of the Town of Stillwater, Saratoga County, New York, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for stay denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.